COPY

1  GIRARDI | KEESE
   THOMAS V. GIRARDI, SBN 36603
2  tgirardi@girardikeese.com
   GRAHAM B. LIPPSMITH, SBN 221984
3  glippsmith@girardikeese.com
   1126 Wilshire Boulevard
4  Los Angeles, California 90017
   Telephone: (213) 977-0211
5  Facsimile:  (213) 481-1554

6  MILORD & ASSOCIATES, P.C.
   MILORD A. KESHISHIAN, SBN 197835
7  milord@milordlaw.com
   2049 Century Park East, Suite 3850
8  Los Angeles, CA 90067
   Telephone: (310) 226-7878
9  Facsimile:  (310) 226-7879

10 Attorneys for PLAINTIFFS
   ANDREAS CARLSSON PRODUCTION AB
11 ANDREAS CARLSSON

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

15 ANDREAS CARLSSON PRODUCTION, )    **CASE NO. CV-10-8396-CAS (CWx)**
   AB, a Swedish Corporation, and     )
   ANDREAS CARLSSON, an individual,   )
16                                     )
                                       )    **Hon. Christina A. Snyder**
17         Plaintiffs,                 )
                                       )
18 v.                                  )
                                       )    **[PROPOSED] ORDER RE:**
19 JASON BARNES, p/k/a JAZAN WILD, an )    **STIPULATED PROTECTIVE ORDER**
   individual, and DOES 1-10,          )    **FOR LITIGATION INVOLVING**
                                       )    **HIGHLY SENSITIVE**
20         Defendants.                 )    **CONFIDENTIAL INFORMATION**
                                       )    **AND/OR TRADE SECRETS**
21                                     )
                                       )
22 JASON BARNES, p/k/a JAZAN WILD, an )
   individual                          )
23                                     )
                                       )
24         Counterclaimant,            )
                                       )
25 v.                                  )
                                       )
26 ANDREAS CARLSSON PRODUCTION, )
   AB, a Swedish Corporation, and     )
27 ANDREAS CARLSSON, an individual,   )
                                       )
28         Counter-defendants.         )

BY FAX

1

Based on the stipulation submitted by Plaintiffs and Counter-Defendants Andreas Carlsson Production AB and Andreas Carlsson ("Plaintiffs") and Defendant and Counterclaimant Jason Barnes p/k/a Jazan Wild ("Defendant"),

The Stipulated Protective Order For Litigation Involving Highly Sensitive Confidential Information And/Or Trade Secrets shall be granted and entered into by the parties.

IT IS SO ORDERED.

Date: October 4, 2011

_____
Honorable Christina A. Snyder
United States District Court Judge
Magistrate

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS**