UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-8396 CAS (CWx) | Date | March 2, 2012 |
|---|---|---|---|
| Title | ANDREAS CARLSSON PRODUCTIONS and ANDREAS CARLSSON v. JASON BARNES, p/k/a JAZAN WILD | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers:) DEFENDANT'S EX PARTE APPLICATION TO EXTEND ALL DEADLINES (lodged: 02/24/2012 )

    The Court is in receipt of defendant's ex parte application to extend all deadlines by 90 days on the ground that he is proceeding pro se. The Court finds that defendant has failed to demonstrate what prejudice he would suffer absent such an extension, and therefore DENIES defendant's ex parte application without prejudice to its renewal once defendant has retained new counsel.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | CMJ |