UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'  JS-6

| Case No. | 2:10-cv-08396-CAS(CWx) | Date | August 10, 2015 |
|---|---|---|---|
| Title | ANDREAS CARLSSON PRODUCTION A.B., ET AL. v. JASON BARNES, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present         Not Present

**Proceedings:** **(In Chambers)** ORDER STRIKING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION (Dkt. No. 151, filed July 27, 2015)

On June 16, 2015, the Court reinstated this previously settled case for the limited purpose of resolving disputes related to the settlement agreement, which states that "the sole venue for any dispute among [the parties] shall be before Magistrate Judge Nagle of the United States District Court, Central District of California for as long as she is serving as a Magistrate Judge." Judge Nagle retired effective August 7, 2015. Before retiring, she resolved all pending claims that the settlement agreement had been breached. See Dkt. No. 175.

On July 27, 2015, plaintiffs filed a motion for summary adjudication. Dkt. No. 151. That motion, which mentions the settlement agreement only once in passing, seeks a declaratory judgment under the Copyright Act that a new work, Beyond the Velvet Rope, does not infringe any copyright interest defendant may hold in several literary works.

Plaintiffs' motion cannot be said to have arisen in connection with Judge Nagle's continuing jurisdiction to enforce the settlement agreement or otherwise. Rather, the motion appears to be an attempt to raise new issues, which were neither the subject of the underlying action or the settlement agreement. For these reasons, and those stated

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**          **'O'**   **JS-6**

| Case No. | 2:10-cv-08396-CAS(CWx) | Date | August 10, 2015 |
|---|---|---|---|
| Title | ANDREAS CARLSSON PRODUCTION A.B., ET AL. v. JASON BARNES, ET AL. | | |

during the parties' August 10, 2015 telephonic status conference, the Court **STRIKES** plaintiffs' motion for summary adjudication.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |